UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO: 15-41755-659 |
| TANYA A HART | ) | Chapter 13 |
| | ) | |
| | ) | Response Due: 08/13/2015 |
| | ) | |
| Debtor | ) | |

**TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS AND NOTICE**

**COMES NOW** John V. LaBarge, Jr., Standing Chapter 13 Trustee in Bankruptcy, and for his Motion to Dismiss states as follows:

1. That the above-captioned case was filed on March 13, 2015. The debtor's plan proposes to pay the sum of $355.00 per month.
2. Pursuant to 11 U.S.C. § 1326(a)(1) the debtor's first payment was due on April 12, 2015.
3. That the Trustee has received payments from the debtor over the last nine months as set forth in Exhibit A, attached hereto.
4. That the amount due to the Trustee to date is $1,420.00 but the total paid into the plan to date is $710.00.
5. That the debtor is $710.00 in default through July 23, 2015.

**WHEREFORE** the Trustee prays the Court enter its order dismissing this Chapter 13 case for failure to make plan payments.

**NOTICE OF FILING OF MOTION TO DISMISS**

Please take notice that the Chapter 13 Trustee has filed a Motion to Dismiss. Any responsive pleadings, if one is to be filed, must be filed in writing with the U.S. Bankruptcy Court, 111 S 10TH ST 4TH FL, ST LOUIS, MO  63102, and with the Chapter 13 Trustee at the address indicated below, within 21 days of the date of this notice. If no responsive pleading is filed, the motion may be granted without further notice to any party upon submission of an order from the Trustee. If a response is filed, this matter will be set for hearing upon subsequent notice.

| 15-41755-659 | TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS AND NOTICE | 07/23/2015 Page 2 of 2 |
|---|---|---|

    The undersigned hereby certifies that a copy of the foregoing motion and notice was served upon the following either through the Court's ECF system or by regular mail this day of July 23, 2015.

Dated: July 23, 2015

MTDPYM--AH

/s/ John V. LaBarge, Jr.
John V. LaBarge, Jr.
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

TANYA A HART
14 WOOD OAK DR
SAINT PETERS, MO  63376

FLESNER WENTZEL LLC
820 S MAIN ST STE 200
ST CHARLES, MO  63301

## EXHIBIT A

### RECEIPTS FROM 10/22/2014 TO 07/23/2015

| Receipt Date | Receipt Amount | Receipt Type |
|---|---|---|
| 04/17/2015 | $55.00 | MONEY ORDER FROM DEBTOR |
| 04/17/2015 | $300.00 | MONEY ORDER FROM DEBTOR |
| 05/26/2015 | $300.00 | MONEY ORDER FROM DEBTOR |
| 05/26/2015 | $55.00 | MONEY ORDER FROM DEBTOR |